UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT EARL LEONARD (#559290)**                              CIVIL ACTION

**VERSUS**

**LIVINGSTON PARISH SHERIFF DEPT, ET AL.**                    NO. 10-0421-JVP-CN

<u>NOTICE</u>

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in chambers in Baton Rouge, Louisiana, September 2, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT EARL LEONARD (#559290)**                         CIVIL ACTION

**VERSUS**

**LIVINGSTON PARISH SHERIFF DEPT, ET AL.**               NO. 10-0421-JVP-CN

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 3, 2010, the pro se plaintiff, an inmate previously confined at the Livingston Parish Jail, filed this action pursuant to 42 U.S.C. § 1983 against the Livingston Parish Sheriff's Department and Officer Lance, complaining that his personal property was lost or stolen after his arrest in Livingston Parish on November 9, 2007.

On July 6, 2010, upon an initial review of the plaintiff's pleadings, and because the pleadings were deficient in form in several respects, the Court forwarded correspondence to the plaintiff, directing him to correct the noted deficiencies.  When the plaintiff responded to this directive, however, and apparently through inadvertence, the Clerk of this Court accepted the plaintiff's re-submitted pleadings as a new civil action and assigned a new Civil Action Number thereto, see Robert Earl Leonard v. Sheriff Willie Graves, et al., Civil Action No. 10-0485-FJP-SCR.  A Magistrate Judge's Report has now been entered in that related proceeding, recommending that the plaintiff's claims be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(I).

Inasmuch as the instant proceeding is a duplicate of the claims asserted in Robert Earl Leonard v. Sheriff Willie Graves, et al., Civil Action No. 10-0485-FJP-SCR, and inasmuch as the second-filed proceeding has now moved toward a substantive ruling, it is appropriate that the

plaintiff's claims asserted in the instant case be dismissed, without prejudice to any determination which may ultimately be made in connection with the second-filed proceeding.

## RECOMMENDATION

It is recommended that this proceeding be dismissed, without prejudice to any determination which may ultimately be made in <u>Robert Earl Leonard v. Sheriff Willie Graves, et al.</u>, Civil Action No. 10-0485-FJP-SCR.

Signed in chambers in Baton Rouge, Louisiana, September 2, 2010.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**