UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT EARL LEONARD (#559290)

VERSUS

LIVINGSTON PARISH SHERIFF
DEPT., ET AL.

CIVIL ACTION

NO. 10-421-JJB

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report (doc. 6) and Recommendations of United States Magistrate Judge Christine Noland, dated September 2, 2010. Plaintiff has filed an objection, which the court finds to lack any merit.

The court hereby approves the report and recommendations of the magistrate judge and adopts it as the court's opinion herein. This action is duplicative of Robert Earl Leonard v. Sheriff Willie Graves, et al., Civil Action No. 10-485-FJP-SCR, which has been dismissed by this court on the basis of frivolousness.

Accordingly, this action is hereby DISMISSED.

Baton Rouge, Louisiana, this 14th day of February, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA